1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| Reginald Desmond Trotter, | **NO. CV-21-00298-PHX-MTL (JZB)** |
| Petitioner, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| State of Arizona, et al., | |
| Respondent. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 23, 2021, judgment is hereby entered and this case is dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 20, 2021

By  s/ S. Strong
     Deputy Clerk